**Tracy Adam THOMPSON, Appellant,**

v.

**BLACK HAWK COUNTY SHERIFF'S OFFICE, Appellee.**

No. 07–2554.

United States Court of Appeals, Eighth Circuit.

Submitted: March 3, 2008.

Filed: March 6, 2008.

Tracy Adam Thompson, Fort Madison, IA, pro se.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

Tracy Adam Thompson (Thompson) appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint. Upon de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (standard of review), we conclude dismissal was proper. The sheriff's office generally is not a suable entity under § 1983, and Thompson did not allege any

of Iowa.

official policy or widespread practice or custom of the sheriff's office which deprived him of his constitutional rights. We affirm the judgment of the district court. *See* 8th Cir. R. 47B.

